AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

PLANNED PARENTHOOD OF SOUTH
CAROLINA, INC., and RENEE CARTER,
               Plaintiff,

vs.

B. BOYKIN ROSE, Director of Department
of Public Safety, GARY D. MAYNARD, Director of
Department of Corrections, ELIZABETH G.
PATTERSON, Director of Department of Social
Services, in their official capacities,
               Defendants.

**AMENDED JUDGMENT
IN A CIVIL ACTION**

Civil Action No. 2:01-3571-PMD

**[X]    Decision by Court.**  This action came before the Court, Honorable Patrick Michael Duffy, District Judge, presiding and the issues having been duly heard and a decision having been duly rendered,

    **IT IS ORDERED AND ADJUDGED** that the Court modify the Judgment entered on December 26, 2002 to include that the Defendants are directed to pay the Plaintiffs the sum of ONE HUNDRED FIFTY-SEVEN THOUSAND EIGHT HUNDRED TEN AND 6/100 ($157,810.06) DOLLARS in attorney's fees and costs.

                                                  LARRY W. PROPES, Clerk

                                        By:      S/Crystal Perry
                                                        Deputy Clerk

June 10, 2005